**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(856) 757-5020

CHAMBERS OF
RENÉE MARIE BUMB
CHIEF JUDGE

Mitchell H. Cohen
Federal Courthouse
P.O. Box 2797
Camden, New Jersey 08102

*May 3, 2023*

*Via* **ECF**
Wilson D. Antoine, Esq.
The Antoine Law Firm LLC

    RE:   *John Doe et al., v. EP Management, LLC, et al.*
            <u>Civil Action No.: 23-2208 (ZNQ/TJB)</u>

Dear Counsel:

    The Court has received your letter, filed April 28, 2023, in which you request that your case be reassigned to the Newark vicinage. [Docket No. 3.] In my position as the Chief Judge for the District of New Jersey and pursuant to Local Civil Rule 40.1, I am writing to inform you that your request is <u>denied</u>.

    Per Local Civil Rule 40.1(a), the Clerk is required to consider "the residence of the defendant, the convenience of litigants, counsel and witnesses, and the place where the cause of action arose." Here, assignment to the Trenton Vicinage is proper based on the allegations set forth in the Complaint pertaining to an apartment complex in Hamilton, New Jersey.

**SO ORDERED.**

Sincerely,

*/s/ Renée Marie Bumb*
Renée Marie Bumb
Chief District Judge