THE WEINGARTEN LAW FIRM, LLC
Richard D. Wilkinson, Esq.
Attorney ID: 022391977
1260 Stelton Road
Piscataway, New Jersey 08854
732-393-0048
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, in his individual capacity; and JANE DOE, in her individual capacity and in her capacity as GUARDIAN *AD LITEM* FOR HER MINOR CHILDREN N.D. AND L.D., <br><br> Plaintiffs, <br><br> v. <br><br> THE COLUMBIA GROUP AT HAMILTON PHASE II, LLC; EP MANAGEMENT, LLC A/K/A EDGEWOOD PROPERTIES; RONALD ROES 1-10; ABC CORPS. 1-10, <br><br> Defendants. | Civ. No.: 3:23-cv-02208 <br><br><br> CLERK'S ORDER EXTENDING TIME TO ANSWER |

Pursuant to Local Civil Rule 6.1(b), the time for Defendants Columbia Group at Hamilton Phase II, LLC and EP Management, LLC to respond to Plaintiff's Complaint in the above-entitled action be and hereby is extended from August 7, 2023 to August 21, 2023.

SO ORDERED:

By: /s/ Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni, U.S.M.J

Dated: August 10, 2023