# THE WEINGARTEN LAW FIRM, LLC
## Attorneys at Law

Sheryl A. Weingarten
John W. Verlaque
Charles R. Sheard*
Meir S. Kalish
Joshua J. Breedlove**
Irina B. Elgart***

Samantha C. Morris
Jessica T. Zolotorofe***
Stuart J. Schneider****
Carlo J. Camporeale***
Eric Alvarez***

<u>Of Counsel</u>
Douglas K. Wolfson
Richard D. Wilkinson

*admitted in NY only
**admitted in MS only
*** also admitted in NY
****also admitted in FL

January 10, 2024

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States Court House
402 E. State Street
Trenton, NJ 08608

So Ordered this 11th day of January, 2024.
[signature]

Re:   John Doe, et al. v. Columbia Group at Hamilton Phase II, LLC, et al.
      Docket No.: 3:23-cv-02208

Dear Judge Bongiovanni:

On behalf of Defendants, I am writing to update Your Honor in accordance with the Text Order entered on December 6, 2023.

With the consent of Plaintiff's counsel, Mr. Antoine, please extend the date for informing Your Honor as to whether the case is ripe for a settlement conference for at least 1 week (1/19/2024). Due to an unfortunate administrative error on my part, the progress on the internal issues) I need to work through with our clients' insurance carrier has been delayed. My apologies to both the Court and Mr. Antoine.

Thank you for you consideration in this matter.

Respectfully yours,

/s/ *Richard Wilkinson*
Richard D. Wilkinson

Cc: Wilson David Antoine, Esq.

*1260 Stelton Road, Piscataway, New Jersey 08854*
*Phone (732) 393-0048   Fax: (732) 985-5588*