UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE, et al.,** | Civil Action No. 23-2208 (ZNQ) |
| **Plaintiffs,** | |
| v. | ORDER |
| **THE COLUMBIA GROUP AT HAMILTON PHASE II, LLC, et al.,** | |
| **Defendants.** | |

This matter having been opened to the Court upon Plaintiffs' motion seeking leave to amend their Complaint to name additional parties as defendants in this matter: specifically, Jack Morris and Sheryl Weingarten, the owners of the Columbia Group at Hamilton Phase II, LLC ("Columbia"), and EP Management, LLC, also known as Edgewood Properties ("EP"), and to name an additional company related to the corporate family, Edgewood Properties, Inc. ("Edgewood") (Docket Entry No. 28); and Defendants having opposed Plaintiffs' motion, arguing that there is not good cause to permit the motion under Federal Rule of Civil Procedure ("Rule") 16(b)(4) and also arguing that the motion fails under Rule 15's more liberal standard due to futility, undue delay, prejudice, and bad faith; and the Court having fully reviewed the arguments made in support of and in opposition to Plaintiffs' motion; and the Court having considered Plaintiffs' motion to amend without oral argument pursuant to L.Civ.R. 78.1(b); and for good cause shown;

**IT IS** on this 26th day of February, 2026,

**ORDERED** that Plaintiffs' motion seeking leave to amend their Complaint is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall file their Amended Complaint no later than **March 6, 2026**; and it is further

**ORDERED** that Defendants shall answer, move, or otherwise respond to Plaintiffs' Amended Complaint in the time frame set forth in Rule 15(a)(3); and it is further

**ORDERED** that the Clerk of the Court terminate Docket Entry No. 28.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**